UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 26 Cr. |
| FELIX MEJIA ROSARIO, | |
| Defendant. | **26 CRIM 298** |

### COUNT ONE
**(Unlicensed Dealing of Firearms)**

The Grand Jury charges:

1.     Between at least in or around April 2025 through at least in or around April 2026, in the Southern District of New York and elsewhere, FELIX MEJIA ROSARIO, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully and knowingly engaged in the business of importing, manufacturing, and dealing in firearms, and in the course of such business shipped, transported, and received a firearm in interstate and foreign commerce, and aided and abetted the same, to wit, MEJIA ROSARIO organized the unlicensed sale of a Glock 23 pistol on or about June 4, 2025; organized the unlicensed sale of a Glock 23 pistol on or about October 15, 2025; and attempted to organize additional unlicensed firearms sales.

(Title 18, United States Code, Sections 922(a)(1)(A) and 2.)

### COUNT TWO
**(Unlawful Interstate Transfer of Firearms)**

The Grand Jury further charges:

2.     On or about October 15, 2025, in the Southern District of New York and elsewhere, FELIX MEJIA ROSARIO, the defendant, not being a licensed importer, licensed manufacturer,

licensed dealer, or licensed collector within the meaning of Chapter 44, Title 18, United States Code, willfully transferred, sold, traded, gave, transported, and delivered a firearm, and attempted to do so, to another person who was not a licensed importer, licensed manufacturer, licensed dealer, or licensed collector of firearms within the meaning of Chapter 44, Title 18, United States Code, knowing and with reasonable cause to believe that said person was not then residing in New Jersey, the State in which MEJIA ROSARIO was then residing, to wit, MEJIA ROSARIO transferred, and caused others to transfer, a firearm in the Bronx to an individual whom MEJIA ROSARIO knew resided in New York.

(Title 18, United States Code, Section 922(a)(5).)

## COUNT THREE
### (Conspiracy to Distribute Narcotics)

The Grand Jury further charges:

3.      In or about April 2026, in the Southern District of New York and elsewhere, FELIX MEJIA ROSARIO, the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled substance laws of the United States.

4.      It was a part and an object of the conspiracy that FELIX MEJIA ROSARIO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute narcotics, in violation of Title 21, United States Code, Section 841(a)(1).

5.      The controlled substance involved in the offense was 44 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

## COUNT FOUR
### (Threatening Interstate Communications)

The Grand Jury further charges:

6.      From on or about April 22, 2026 to on or about April 26, 2026, in the Southern District of New York and elsewhere, FELIX MEJIA ROSARIO, the defendant, knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit, MEJIA ROSARIO sent threatening messages to an individual ("Victim-1") and made a phone call to another individual then present in the Bronx, New York, during which MEJIA ROSARIO threatened to kill Victim-1.

(Title 18, United States Code, Section 875(c).)

## FORFEITURE ALLEGATIONS

7.      As a result of committing the offense alleged in Count One and Count Two of this Indictment, FELIX MEJIA ROSARIO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in or intended to be used in said offense.

8.      As a result of committing the offense alleged in Count Three of this Indictment, FELIX MEJIA ROSARIO, the defendant, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

3

## Substitute Assets Provision

9.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

7/8/2026

JAY CLAYTON
United States Attorney

4