

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 9, 2026

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    *United States v. Felix Mejia Rosario*, **26 Cr. 298 (NRB)**

Dear Judge Buchwald:

      The Government writes to respectfully request that the Court enter the attached proposed protective order in this case to facilitate discovery. The proposed order has been signed by counsel for both the Government and the defendant.

                       Respectfully submitted,

                       JAY CLAYTON
                       United States Attorney

By: _____
                       Getzel Berger
                       Assistant United States Attorney
                       (212) 637-1061

cc: Defense Counsel (by ECF)